HEATHER E. WILLIAMS, #122664
Federal Defender
ERIN SNIDER, #304781
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
THUY VI THI WAGNER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:12-cr-00290-DAD-1 |
|---|---|
| Plaintiff, | STIPULATION TO MODIFY CONDITION OF SUPERVISED RELASE PURSUANT TO 18 U.S.C. § 3583(e)(2) AND ORDER |
| vs. | |
| THUY VI THI WAGNER, | |
| Defendant. | Hon. Dale A. Drozd |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Henry Carbajal, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Defendant Thuy Vi Thi Wagner, that the condition of release requiring Ms. Wagner to pay $60.00 per month toward restitution be modified as follows: "The defendant shall pay any restitution, fine, and special assessment that is imposed by this judgment and that remains unpaid in the amount of no less than $25.00 per month. The defendant shall apply all monies received from income tax refunds, lottery winnings, inheritance, judgments, and any anticipated or unexpected financial gains to any unpaid restitution." United States Probation Officer Leon Dang, who supervises Ms. Wagner in the Northern District of California, has indicated he does not object to this proposed modification.

On May 2, 2017, this Court established a $60.00 monthly payment schedule for Ms. Wagner. *See* Petition to Modify the Conditions or Term of Supervision with Consent of the

Offender, Docket No. 17, at 1-2. As described in the attached declaration, since May 2, 2017, Ms. Wagner's financial circumstances have changed; specifically, her monthly rent has increased by $200.00 to $300.00 per month, which has made it difficult for her to continue paying $60.00 per month toward restitution. Ms. Wagner understands that she is required to pay restitution to the best of her ability and, if her financial situation improves or she receives any "windfalls," she is required to notify her probation officer.

WHEREFORE, for the reasons set forth above, the parties request that this Court modify the special condition of release setting Ms. Wagner's monthly restitution payment pursuant to 18 U.S.C. § 3583(e)(2).

Respectfully submitted,

MCGREGOR W. SCOTT
United States Attorney

Date: October 31, 2018    */s/ Henry Carbajal*
HENRY CARBAJAL
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: October 31, 2018    */s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
THUY VI THI WAGNER

///
///
///
///
///
///
///

**O R D E R**

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that the condition of release set forth in the May 2, 2017 Petition to Modify the Conditions or Term of Supervision with Consent of the Offender is modified as follows: "The defendant shall pay any restitution, fine, and special assessment that is imposed by this judgment and that remains unpaid in the amount of no less than $25.00 per month. The defendant shall apply all monies received from income tax refunds, lottery winnings, inheritance, judgments, and any anticipated or unexpected financial gains to any unpaid restitution."

IT IS SO ORDERED.

Dated: **October 31, 2018**

UNITED STATES DISTRICT JUDGE